UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRECISION MEDICINE GROUP, LLC and PRECISION FOR VALUE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DREW BOWDEN, GREG CONDIT, JENNIFER GAREY, BILL KELLY, DAVID MELVIN, PATTY ROYCE, ALEXANDRA VENDITTE, and NAVISYNC, LLC,<br><br>Defendants. | Civil Action No.: 3:17-cv-00518-PGS-LHG<br><br>**CONSENT ORDER OF DISMISSAL WITH PREJUDICE** |

**THIS MATTER** having come before the Court on a letter request for the entry of a Consent Order of Dismissal with Prejudice submitted by Jonathan D. Ash, Esq. of Fox Rothschild, LLP, appearing on behalf of Plaintiffs, Precision Medicine Group, LLC and Precision for Value, LLC ("Plaintiffs"); and joined by Cynthia L. Flanagan, Esq. of Schenck, Price, Smith & King, LLP, appearing on behalf of Defendant NaviSync, LLC ("NaviSync"); and Kirsten Grossman, Esq. of Nukk-Freeman & Cerra, P.C., appearing on behalf of Defendants Drew Bowden, Greg Condit, Jennifer Garey, Bill Kelly, David Melvin, and Alexandra Venditte ("Individual Defendants"); the Court having reviewed and considered the parties' positions set forth in the December 21, 2017 Joint Letter [ECF No. 29], in which the undersigned parties stipulated to and requested entry of this Consent Order; and for good cause shown,

**IT IS** on this 28 day of December 2017,

**ORDERED** that the above-captioned matter is hereby dismissed with prejudice and without costs pursuant to the terms of the parties' Confidential Settlement Agreement and Release ("Settlement Agreement").

AND IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms and conditions of the Settlement Agreement.

/s/ Jonathan D. Ash
Jonathan D. Ash, Esq.
**Fox Rothschild LLP**
*Attorneys for Plaintiffs*
*Precision Medicine Group, LLC and*
*Precision For Value, LLC*

Dated: 12/21/17

/s/Cynthia L. Flanagan
Cynthia L. Flanagan, Esq.
**Schenck, Price, Smith & King, LLP**
*Attorneys for Defendant*
*NaviSync, LLC*

Dated: 12/21/17

Kirsten M. Grossman
Kirsten M. Grossman, Esq.
**Nukk-Freeman & Cerra, P.C.**
*Attorneys for Defendants*
*Drew Bowden, Greg Condit, Jennifer Garey, Bill Kelly, David Melvin, and Alexandra Venditte*

Dated: 12/21/17

**SO ORDERED:**
Dated: [signature]

12/28/17
_____
U.S.D.J.

2